THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FUNKO, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICKHIL MANCHANDA, an individual; and JOHN/JANE DOES 1-6,<br><br>　　　　　Defendants. | No. 2:21-cv-00506-MLP<br><br>NOTICE OF APPEARANCE OF JACOB P. DINI |

　　　Plaintiff Funko, LLC files this Notice of Appearance and hereby notifies the Court that Jacob P. Dini of the law firm Perkins Coie LLP, 1201 Third Avenue, Suite 4900, Seattle, Washington 98101 is appearing as counsel for plaintiff.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

DATED: April 16, 2021

By:  /s/ *Jacob P. Dini*
Jacob P. Dini, WSBA No.54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  JDini@perkinscoie.com

*Attorneys for Plaintiff Funko, LLC*

DINI NOTICE OF APPEARANCE
(No. 2:21-cv-00506-MLP) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000