Robert W. Payne (WA Bar No. 30965)
PAYNE IP LAW
111 N. Market Street, Suite 300
San Jose, CA  95113
Phone (408) 981-4293
Email  payne@bobpayne.com

Attorney for Defendant Nickhil Manchanda

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINTON -- SEATTLE

| | |
|---|---|
| FUNKO, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NICKHIL MANCHANDA, an individual; and JOHN/ JANE DOES 1-6,<br><br>Defendants. | Case No.: 2:21-cv-00506<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

  Pursuant to LCR 83.2, Robert W. Payne, dba Payne IP Law, hereby withdraws as counsel of record for Defendant Nickhil Manchanda.  The Jacob P. Freeman Law Firm, PLLC, continues to serve as counsel of record for Defendant.

  Dated:  December 14, 2021  PAYNE IP LAW

              By /s/
                Robert W. Payne
                Attorneys for Defendant

I consent to the withdrawal of Robert W. Payne, dba Payne IP Law, as counsel of record.

  Dated:  December 14, 2021  THE JACOB P. FREEMAN LAW FIRM, PLLC

              By /s/
                Jacob P. Freeman
                Attorneys for Defendant

# CERTIFICATE OF SERVICE

I declare that on December 14, 2021, I served the following documents:

**NOTICE OF WITHDRAWAL OF COUNSEL**

upon the following at the address set out immediately below:

    Ryan J. McBrayer, Esq.
    Perkins Coie, LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101

    Jacob P. Freeman, Esq.
    The Jacob Freeman Law Firm, PLLC
    415 1st Avenue N, No. 9466
    Seattle, WA  98109

by the following means:

    _X_  Sent by electronic mail
    __  Placed in U.S. Mail
    __  Sent by fax
    __  Hand delivered
    __  Sent by delivery service (e.g., FedEx, UPS)

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 14, 2021  _____

                                   _____/s/_____
                                      Robert W. Payne