UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FUNKO, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NICKHIL MANCHANDA, an individual; and JOHN/JANE DOES 1–6,<br><br>Defendants. | Case No. 2:21-cv-00506-MJP<br><br>**ORDER ON STIPULATED MOTION TO ALTER CASE SCHEDULE** |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Alter Case Schedule dated February 16, 2022. (Dkt. No. 30.) Having considered the Stipulated Motion and for the reasons set forth therein, the Court finds good cause to alter the Order Setting Trial Date & Related Dates in this action (Dkt. No. 28).

The parties' joint Stipulated Motion to Alter Case Scheduled dated February 16, 2022, is GRANTED in part, and the Court ORDERS that the dates set forth in the Order Setting Trial Date & Related Dates shall be altered as follows:

//

Case No. 2:21-cv-00506-MJP

1

| Description | Existing Date | New Date |
|---|---|---|
| JURY TRIAL DATE | October 24, 2022 | December 12, 2022 |
| Reports from expert witness under FRCP 26(a)(2) due | March 28, 2022 | May 27, 2022 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter | April 27, 2022 | June 29, 2022 |
| Discovery completed by | May 27, 2022 | July 26, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter | June 27, 2022 | August 29, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | September 19, 2022 | November 14, 2022 |
| Agreed pretrial order due | October 11, 2022 | December 2, 2022 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | October 11, 2022 | December 2, 2022 |
| Pretrial conference | October 13, 2022, at 1:30 PM | December 6, 2022, at 1:30 PM |

**IT IS SO ORDERED**.

Dated this 18th day of February, 2022

UNITED STATES DISTRICT JUDGE

Case No. 2:21-cv-00506-MJP